

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Curtis Troy Crowsey, Appellant

No. 06-22-00041-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29362). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating.     *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Curtis Troy Crowsey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk